**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eugene Donzel CARTER, a.k.a. 7–up, Defendant–Appellant.**

**No. 08–15775**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 8, 2009.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Eugene Donzel Carter, Memphis, TN, pro se.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Eugene Donzel Carter in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Carter's sentence is **AFFIRMED.**